UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

NICOLE FORNI,

                         Plaintiff,

          v.

JOSHUA RESNICK, *et al.*,

                  Defendants.

-------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: January 7, 2015 |

14 Civ. 9458 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

      Any Defendant seeking to file a motions to dismiss or a motion for judgment on the pleadings shall submit an opening brief on or before **February 6, 2015**.  Plaintiff shall submit any oppositions on or before **March 9, 2015**.  Replies, if any, shall be submitted on or before **March 23, 2015**.

      SO ORDERED.

Dated:     January 7, 2015
             New York, New York

_____
      KATHERINE POLK FAILLA
     United States District Judge