UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 20, 2015

| | | |
|---|---|---|
| NICOLE FORNI, | ) | CASE NO.: 1:14-cv-09458 |
| | ) | |
| Plaintiff | ) | JUDGE KATHERINE POLK FAILLA |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA RESNICK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **NOTICE OF WITHDRAWAL AS** |
| | ) | **COUNSEL** |

PLEASE TAKE NOTICE THAT Defendant Amazon.com, Inc. ("Amazon") hereby withdraws Nathaniel B. Webb, Esq., and the law firm of Hahn, Loeser & Parks, LLP, as counsel in this matter. Mr. Webb acted as local counsel for Defendant Amazon.com, Inc. in the originally filed Case No. 1:14-cv-01070, seated in the Northern District of Ohio. Because this case has been transferred to the Southern District of New York, Mr. Webb is no longer needed as local counsel, and respectfully requests that the Court enter his withdrawal forthwith.

Respectfully submitted,

/s/ Deepak Gupta_____
Deepak Gupta (California Bar No. 226991)
dgupta@fbm.com
Farella Braun + Martel
235 Montgomery St., Fl. 17
San Francisco, California 94104
(415) 954-4491

Nathan B. Webb (Ohio Bar No. 0084506)
nwebb@hahnlaw.com
Hahn Loeser & Parks LLP
One Gojo Plaza
Suite 300
Akron, OH 44311-1076
(330) 864-5550

Dated: January 20, 2015
      New York, New York

SO ORDERED.

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE