UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICOLE FORNI,

                Plaintiff,

v.

JOSHUA RESNICK, et al.,

                Defendants.

Case No. 14-cv-09458-KPF
ECF Case

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law dated February 6, 2015, defendant Joshua Resnick ("Defendant") will move this Court at the United States District Court, Southern District of New York, 40 Foley Square, New York, NY 10007 at a time and place to be scheduled by this Court for an order pursuant to Fed. R. Civ. P. 12(b)(6) granting judgment in favor of Defendant and against plaintiff Nicole Forni on all counts of the first amended complaint, and for such other and further relief the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Court's order dated January 7, 2015 [Dkt. No. 118], opposition papers, if any, shall be served on or before March 9, 2015, and reply papers shall be served on or before March 23, 2015.

Dated: February 6, 2015
       New York, New York

COWAN, DeBAETS, ABRAHAMS &
SHEPPARD LLP

By:   /s/ Scott J. Sholder
      Scott J. Sholder
      41 Madison Avenue, 34th Floor
      New York, New York 10010
      Tel: (212) 974-7474
      Fax: (212) 974-8474
      ssholder@cdas.com

*Attorneys for Defendant Joshua Resnick*