

**Beverly Hills**
9720 Wilshire Boulevard, 5th Floor
Beverly Hills, California 90212

**Irvine**
18401 Von Karman Avenue, Suite 270
Irvine, California 92612

Main: 310.440.4100
www.raineslaw.com

Direct: 424.239.2517
Fax: 310.765.7649
lmosely@raineslaw.com

RECEIVED MAR 02 2015 KATHERINE POLK FAILLA U.S. DISTRICT JUDGE S.D.N.Y.

February 20, 2015

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 3, 2015
```

**MEMO ENDORSED**

VIA U.S. REGULAR MAIL

Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
United States Courthouse, Thurgood Marshall
40 Foley Square
New York, New York 10007

Re:   *Nicole Forni v. Joshua Resnick, et al.*
      USDC, Southern District of New York Case No. 1:14-cv-09458-KPF

Dear Judge Failla:

Raines Feldman LLP represented Defendant Uproxx Media, Inc. in the above-mentioned case. On January 5, 2015, Uproxx Media, Inc. was voluntarily dismissed with prejudice (Docket Entry #115). We respectfully request that the Court remove Miles J. Feldman, Esq. and Laith D. Mosely, Esq. of Raines Feldman LLP from the service list and from future CM/ECF notifications.

Sincerely,

Laith Mosely
of RAINES FELDMAN LLP

Dated: March 3, 2015
       New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE