UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE FORNI, | ) Case No. 1:14-cv-09458 |
|     Plaintiff, | ) Judge Katherine Polk Failla |
| v. | ) **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SOLE REMAINING DEFENDANT AMAZON.COM, INC.** |
| JOSHUA RESNICK, *et al.* | ) |
|     Defendants. | ) |

WHEREAS, Plaintiff Nicole Forni and sole remaining Defendant Amazon.com, Inc. ("Amazon"), Inc. hereby stipulate and agree, by and through their respective undersigned counsel, that all claims by Plaintiff against Amazon in the above-captioned action are hereby voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

NOW THEREFORE, it is ordered as follows:

1. The claims by Plaintiff Nicole Forni against Amazon.com, Inc. are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees

Dated: March 27, 2015

Respectfully submitted,

By*:  /s/  Michael J. O'Shea*

Michael J. O'Shea, Esq.(0039330)
michael@lipsonoshea.com
LIPSON O'SHEA LEGAL GROUP
Beachcliff Market Square
19300 Detroit Road - Suite 202
Rocky River, Ohio 44116
(440) 356-2700
(440) 331-5401 - fax

Attorney for Plaintiff Nicole Forni

By: */s/ Deepak Gupta*

Deepak Gupta (California Bar No. 226991)
*Admitted Pro Hac Vice*
dgupta@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery St., Fl. 17
San Francisco, CA 94104
(415)-954-4419

Attorneys for AMAZON.COM

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:

Katherine Polk Failla
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Civil Rule 5.2(a) on this 27th day of March, 2015.

_____